IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03-cv-403
MDL Docket No.: 3:03 1516

| | |
|---|---|
| WLP ESTATE INC. F/K/A WELLINGTON LEISURE PRODUCTS, INC.,<br><br>                     **Plaintiff,**<br><br>v.<br><br>E.I. DUPONT DE NEMOURS & CO. ;<br>ALPEK S.A. DE C.V.;<br>DUPONT-AKRA POLYESTER, LLC;<br>DAK FIBERS LLC; WELLMAN, INC.;<br>NAN YA PLASTICS CORPORATION; NAN YA PLASTICS CORPORATION, AMERICA;<br>ARTEVA SPECIALTIES, S.A.R.L.;<br>ARTEVA SERVICES LLC; KOCH INDUSTRIES, INC.;<br>HOECHST CELANESE CORPORATION;<br>HOECHST ARTIENGESELLSCHAFT;<br>ROBERT BRADLEY DUTTON;<br>and TROY F. STANLEY, SR.;<br><br>                     **Defendants.** | |

## ORDER

For good cause shown, the above-captioned action is dismissed against Nan Ya Plastics Corporation, Nan Ya Plastics Corporation, America and Robert Bradley Dutton only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 3rd day of Mar., 2006.

_____
The Honorable Richard L. Voorhees